Katherine B. ROBINSON,
Plaintiff–Appellant,

v.

DEPARTMENT OF JUSTICE DRUG ENFORCEMENT ADMINISTRATION, (DOJ/DEA); Virginia Employment Commission, Defendants–Appellees.

No. 15–1937.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 17, 2015.

Decided: Dec. 21, 2015.

Katherine B. Robinson, Appellant Pro Se. Dennis Carl Barghaan, Jr., Assistant United States Attorney, Melissa Elaine Goforth Koenig, Office of the United States Attorney, Alexandria, Virginia, for Appellees.

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Katherine Robinson, a pro se litigant who is not incarcerated, seeks to appeal the district court's order granting the Department of Justice/Drug Enforcement Administration's unopposed motion to dismiss her civil claims against it. We dismiss the appeal.

When the United States or its officer or agency is a party, the notice of appeal must be filed no more than 60 days after the entry of the district court's final judgment or order, Fed. R.App. P. 4(a)(1)(B), unless the district court extends the appeal period under Fed. R.App. P. 4(a)(5), or reopens the appeal period under Fed. R.App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell,* 551 U.S. 205, 214, 127 S.Ct. 2360, 168 L.Ed.2d 96 (2007).

The district court's order was entered on the docket on June 3, 2015, but Robin-

son did not file her notice of appeal until August 14, 2015. Because Robinson failed to file a timely notice of appeal or obtain an extension or reopening of the appeal period, we deny leave to proceed in forma pauperis and dismiss the appeal.* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*

The district court's order was entered on the docket on May 29, 2015. Moorer filed the notice of appeal on July 7, 2015. Because Moorer failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*

---

* To the extent that Robinson seeks to appeal the portion of the district court's order remanding back to the Virginia state court from where they were removed her claims against the Virginia Employment Commission, that holding is not reviewable on appeal. *See* 28 U.S.C. § 1447(d) (2012).